UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-11662-RGS

JAMES DOLAN and
SHERRILYN DOLAN

v.

CHASE HOME FINANCE, LLC, and
JPMORGAN CHASE BANK N.A.

ORDER ON THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

August 11, 2015

STEARNS, D.J.

This case was original drawn to Judge O'Toole's session.  Following his recusal, it was randomly drawn to this session where coincidentally the class action settlement referenced in the Report was reached.   See *In Re JPMorgan Chase Mortgage Modification Litigation*, MDL Docket No. 11-02290 ("MDL Settlement").  Being familiar with the settlement and having reviewed the Report, I agree with Magistrate Judge Bowler's Recommendation that the summary judgment motion be granted.  In her Report, the Magistrate Judge fully explains why each of the conditions giving effect to the release incorporated in the final judgment ending the class

action applies.[1]  I also agree with her that the doctrine of res judicata bars relitigation of the same nucleus of facts that figured in the MDL matter.[2] Consequently, the Recommendation is <u>ADOPTED</u> and the summary judgment motion is <u>ALLOWED</u>.  The Clerk is instructed to close the case.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[1] This court has previously considered the issue of whether the Dolans were part of the class certified in the MDL Settlement ruling that they were. The First Circuit summarily affirmed this ruling.  *In Re JPMorgan Chase Mortgage Modification Litigation*, No. 14-2111, slip op. at 2 (1st Cir. March 4, 2015).

[2] Finally, I agree with the Magistrate Judge's conclusion that the Dolans' factual claims of violations of discovery rules and the state Consumer Protection Act (Chapter 93A) by Chase have no bearing on the legal doctrines that operate to bar further litigation of this matter.